**Opinion issued June 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00062-CV

———————————

**VIVIAN ELLISON, Appellant**

**V.**

**UNIVERSITY FEDERAL CREDIT UNION, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1225093**

---

## MEMORANDUM OPINION

Appellant appeals from the trial court's "Order Granting Plaintiff's Traditional Motion for Summary Judgment" signed on January 3, 2025. On April 15, 2025, appellee notified us that the trial court granted appellant's motion for new trial on February 3, 2025. *See* TEX. R. CIV. P. 329b(e).

We subsequently informed the parties that it appeared that the trial court's granting of the motion for new trial rendered this appeal moot and that the appeal would be dismissed unless, on or before June 19, 2025, appellant provided a response explaining why the appeal was not moot. *See Stelly v. Citibank*, No. 14-07-00601-CV, 2008 WL 2066571, at \*1 (Tex. App.—Houston [14th Dist.] May 15, 2008, no pet.) (mem. op.). Appellant did not file a response.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.